Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree affirmed.

---

**Jennie Lorene ROBINSON v. Ursa STEPHENS.**

No. 1231.

Circuit Court of Appeals, Tenth Circuit.

July 23, 1935.

Reed Babcock, of Fort Collins, Colo., for appellant.

Chester A. Bennett, of Fort Collins, Colo., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed, on motion of appellee and on authority of Louisville Joint Stock Land Bank v. Radford, 295 U.S. 555, 55 S.Ct. 854, 79 L.Ed. 1593.

---

**Annie R. ROSEN, etc., Appellant, v. A. J. SHRAGGE, The Federal Outfitting Company, et al., Appellees.**

No. 7761.

Circuit Court of Appeals, Ninth Circuit.

Dec. 6, 1935.

Goldman, Liberman & Copplcman, of Los Angeles, Cal., for appellant.

Edgar C. Levey and Leon Samuels, both of San Francisco, Cal., for appellees.

---

Before WILBUR, DENMAN, and HANEY, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for respective parties, ordered, appeal dismissed; mandate forthwith.

---

**In the Matter of ROSENBAUM GRAIN CORPORATION, Principal Debtor et al.**

**MERCANTILE TRADING COMPANY et al. v. Paul DARROW et al.**

No. 5612.

Circuit Court of Appeals, Seventh Circuit.

Sept. 12, 1935.

Before PAGE, Circuit Judge.

Now this day come the parties by their counsel and present and file a stipulation of counsel, which said stipulation is in the words and figures following, to wit:

"Whereas, on the 27th day of August, 1935, Mercantile Trading Company, Commodity Trading Corporation, Emad, Inc., Rofam, Inc., E. F. Rosenbaum, E. S. Rosenbaum, Carl J. Batter, E. F. Rosenbaum, Jr., and E. S. Rosenbaum, Jr., filed their petition in your Honorable Court praying an appeal from an order of the United States District Court, for the Northern District of Illinois, theretofore entered on the 6th day of August, 1935, and whereas, an order was entered by your Honorable Court on the 29th day of August, 1935, allowing said appeal;

"And whereas, on September 3, 1935, Louis T. Sayre, Parker M. Paine and Paul Darrow, Temporary Trustees of the Chicago Elevator Properties, Inc., Subsidiary Debtor, were served with written notice by James Norris notifying said Temporary Trustees that he did thereby withdraw the offers directed to be accepted and consummated by said Temporary Trustees in the aforesaid order of August 6, 1935; and whereas thereupon said Temporary Trustees forthwith reported the said letter of withdrawal to the Unit-

ed States District Court, for the Northern District of Illinois, and whereas, on the 6th day of September, 1935, the said United States District Court, for the Northern District of Illinois then and there entered its order finding among other things that said offers of James Norris had been withdrawn, and directing the said Temporary Trustees to take no further steps in the execution of said order of August 6, 1935, and further directing said Temporary Trustees to withdraw their application to the Illinois Commerce Commission for the consent and approval of the temporary lease authorized by the aforesaid order of August 6, 1935, and to consent to the withdrawal by said James Norris of his said offers;

"And whereas, said withdrawal of said offers. and the said order of September 6, 1935, renders said order of August 6, 1935, inoperative;

"It is therefore stipulated and agreed, by and between Mercantile Trading Company, Commodity Trading Corporation, Emad, Inc., Rofam, Inc., E. F. Rosenbaum, E. S. Rosenbaum, Carl J. Batter, E. F. Rosenbaum, Jr., and E. S. Rosenbaum, Jr., Appellants, and Louis T. Sayre, Parker M. Paine and Paul Darrow, as Temporary Trustees of the Chicago Elevator Properties, Inc., Appellees, by their respective counsel, that the above entitled cause be forthwith dismissed without costs.

"Mercantile Trading Company, Commodity Trading Corporation, Emad, Inc., Rofam, Inc., E. F. Rosenbaum, E. S. Rosenbaum, Carl J. Batter, E. F. Rosenbaum, Jr., and E. S. Rosenbaum, Jr., Appellants.

"Francis X. Busch, Orville J. Taylor, and John S. Miller, all of Chicago, Ill., for Appellants.

"Louis T. Sayre, Parker M. Paine, and Paul Darrow, Temporary Trustees for Chicago Elevator Properties, Inc., Subsidiary Debtor, Appellees.

"Johnson, Swanstrom, Wiles & Clawson (by Luther D. Swanstrom), George E. Q. Johnson, Walter E. Wiles, and Samuel G. Clawson, all of Chicago, Ill., for appellees."

On consideration whereof, it is now here ordered, adjudged, and decreed by this court that this appeal be, and the same is hereby, dismissed, without costs, pursuant to the foregoing stipulation.

The ROYAL MAIL STEAM PACKET COMPANY, Plaintiff-Appellant, v. UNITED STATES of America, Defendant-Appellee.

No. 15.

Circuit Court of Appeals, Second Circuit.

Oct. 21, 1935.

John M. Lyons, of New York City (J. Alfred Anderson, of New York City, of counsel), for appellant.

F. W. H. Adams, U. S. Atty., of New York City (George B. Schoonmaker, Asst. U. S. Atty., of New York City, of counsel), for the United States.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Affirmed on the authority of Navigazione Generale Italiana v. Elting (C.C.A.) 76 F.(2d) 885, and Cosulich Societa Triestina Di Navigazione v. Elting (C.C.A.) 77 F.(2d) 996. .

In the Matter of Winifred SCULLY, Bankrupt. Winifred SCULLY, Bankrupt-Appellant.

MONROE LOAN SOCIETY OF CONNECTICUT, Inc., by John E. Murray, Assignee, Objecting Creditor, Appellee.

No. 69.

Circuit Court of Appeals, Second Circuit.

Nov. 18, 1935.

D. George Levine, of New York City (Harry J. Levine, of New York City, of counsel), for appellant.

Herbert Tenzer, of New York City (M. P. Kletsky, of New York City, of counsel; N. R. Kaplan and I. S. Abrams, both of New York City, on the brief), for appellee.